# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CA76 | E 2559717 | KPFERL | 1659 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐CFR ☐USC ☒State Code |
|---|---|
| 11/01/2025  13:30 | CVC: 23103 |

Place of Charge: Wawona Tunnel

Offense Description: Factual Basis for Charge: Reckless Driving   HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: LOPEZ   First Name: JORGE

Street Address: ███████████

| VEH.NO. | STATE | YEAR | MAKE/MODEL | PASS | COLOR |
|---|---|---|---|---|---|
| VTECOK | CA | D10 | HNDX-CIVIC | | BLK |

### APPEARANCE IS REQUIRED

A ☒ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30  Processing Fee
$ _____ Total Collateral Due

95-05246

PAY THIS AMOUNT AT www.cvb.uscourts.gov →

### YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date later by mail)

Court Address: 20251101-023   Date: _____   Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: MAILED

Original - CVB Copy

CVB SCAN 01/13/2026 14:31

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

_____

The foregoing statement is based upon:

☐ my personal observation  ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/13/2026 14:31